IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHNELL TAYLOR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-164
)
DETECTIVE R. SANTORO and JUDGE )
ODELL HARRIS, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of May 2015.

    WILLIAM T. MOORE, JR
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA